THE HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>GREG SANDOZ and PAULA LARSON,<br><br>Defendants. | No. 3:23-cv-05905-BHS<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>Note for:  January 15, 2025 |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys fees and other litigation expenses.

DATED this 15th day of January, 2025.

        *s/ Bryan Doran*
        Bryan Doran, WSBA #38480
        Doran Law, PS
        600 1st Ave., Suite 102-PMB 2002
        Seattle, WA 98104
        425-786-5725 T | 425-988-9203 F
        Bryan@doran-law.com
        Attorneys for Defendants

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 3:23-cv-05905-BHS) – 1
SLE6892.076/4929-4946-7151 v.1x



WILSON SMITH COCHRAN DICKERSON

1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273

1
2
3      *s/ Sarah L. Eversole*
       Sarah L. Eversole, WSBA #36335
4      Wilson Smith Cochran Dickerson
       1000 2nd Avenue, Suite 2050
5      Seattle, WA  98104
       (206) 623-4100 P | (206) 623-9273 F
6      eversole@wscd.com
       Attorneys for Plaintiff
7
8
9
10
11                    ORDER OF DISMISSAL

12     Based on the above stipulation, IT IS SO ORDERED .

13     DATED this 21st day of January, 2025.

14
15
16                    _____
17                    BENJAMIN H. SETTLE
                      United States District Judge
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 3:23-cv-05905-BHS) – 2
SLE6892.076/4929-4946-7151 v.1x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**Attorney for Defendants**
Bryan Doran
Doran Law, PS
600 1st Ave., Suite 102-PMB 2002
Seattle, WA 98104

Bryan@doran-law.com

**SIGNED** this 15th day of January, 2025, at Seattle, Washington.

                           *s/ Traci Jay*
                           Traci Jay

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 3:23-cv-05905-BHS) – 3
SLE6892.076/4929-4946-7151 v.1x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273